# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

RICHARD BERGER, for himself and on behalf of all others similarly situated,

        Plaintiffs,

-against-

NEW YORK UNIVERSITY,

        Defendants.

---

Index No.: 161553/2018

**NOTICE OF FILING**
**NOTICE OF REMOVAL**

TO:   Lloyd Ambinder, Esq.
        James Emmet Murphy, Esq.
        Virginia & Ambinder, LLP
        40 Broad Street, 7th Floor
        New York, New York 10004
        *Attorneys for Plaintiff*
        *Served via NYSECF*

**PLEASE TAKE NOTICE** that Defendant[1] NEW YORK UNIVERSITY, by its undersigned counsel, DLA PIPER LLP (US), has removed this case to the United States District Court for the Southern District of New York.  A true and correct copy of the Notice of Removal filed in the United States District Court is attached hereto as **Exhibit A**.

Date:  January 9, 2019
        New York, New York

**DLA PIPER LLP (US)**

By: /s/ Joseph A. Piesco
      Joseph A. Piesco

Joseph A. Piesco
Garrett D. Kennedy
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
joseph.piesco@dlapiper.com

*Attorneys for the Defendant*
*New York University*

---

[1] Plaintiff only identifies one defendant, New York University, in this matter, and therefore incorrectly references "Defendants" in the caption.