UNITED STATES COURT DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD BERGER, for himself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>against<br><br>NEW YORK UNIVERSITY,<br><br>Defendants. | Civ. No.:_____<br><br>ECF Case<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant New York University ("NYU") hereby certifies that NYU has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: January 9, 2019
       New York, New York

**DLA PIPER LLP (US)**

By: /s/ Joseph A. Piesco
    Joseph A. Piesco, Jr.
    Garrett D. Kennedy
    DLA PIPER LLP (US)
    1251 Avenue of the Americas 27th Floor
    New York, New York 10020-1104
    Telephone: (212) 335-4500
    Facsimile: (212) 335-4501

*Attorneys for Defendant*
*New York University*