# EXHIBIT B

## Settlement Agreement

The Local One Security Officers Union, Security Officer ■■■ and New York University agree to settle the grievance of Security Officer ■■■ as follows:

1. New York University shall remit to Security Officer ■■■ the amount of $47.10 less any applicable payroll taxes representing four hours of pay for time worked on May 31, 2010. Such payment shall be made within fifteen (15) days of the date this Agreement is fully executed.

2. Security Officer ■■■ and Local One agree to withdraw the grievance seeking the four hours of pay and further agree not to pursue the grievance or the facts of this matter in any arbitrative, judicial, or administrative forum.

3. This agreement shall not serve as a precedent in future arbitrations or in any other administrative or judicial proceeding, unless required by law.

4. In the event of a breach of this Agreement, the matter shall be resolved through the grievance procedure set forth in the collective bargaining agreement between Local 1 and the University.

5. Security Officer ■■■ acknowledges that he has been fully and fairly represented by Local One in this matter.

_____   9/10/10
Security Officer ■■■          Date

_____   9/10/10
Representative                Date
Local One Security Officers Union

_____   9/15/10
Stephanie Vullo               Date
Associate General Counsel